■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS E. LEE, Appellant. (Appeal No. 2.) [946 NYS2d 525]— Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered October 5, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Lee* (96 AD3d 1522 [2012]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.